**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PATRICIA LEDEZMA-RIVAS, | No. 07-73282 |
| Petitioner, | Agency No. A075-619-131 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 23, 2010[**]

Before:     LEAVY, HAWKINS, and THOMAS, Circuit Judges.

Patricia Ledezma-Rivas, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' order dismissing her appeal from an

immigration judge's decision denying her application for cancellation of removal.

We have jurisdiction under 8 U.S.C. § 1252.  We review questions of law de novo,

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*Tapia v. Gonzales*, 430 F.3d 997, 999 (9th Cir. 2005), and we deny the petition for review.

The agency properly determined that Ledezma-Rivas was ineligible for cancellation of removal because she failed to meet the seven-year continuous physical presence requirement. *See* 8 U.S.C. § 1229b(a)(2) (requiring seven years of continuous presence after having been "admitted in any status"); *see also* 8 U.S.C. § 1101(a)(13)(A) (defining "admitted" as "the lawful entry of an alien into the United States after inspection and authorization by an immigration officer.").

**PETITION FOR REVIEW DENIED.**

07-73282